JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DWAYNE EVANS,<br><br>    Petitioner,<br><br>    v.<br><br>C. KOENIG, Warden,<br><br>    Respondent. | Case No. CV 20-06216-CAS (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 25, 2021

_____
CHRISTINA A SNYDER
UNITED STATES DISTRICT JUDGE